UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FRANKLIN R. MIRANDA,

                Plaintiff,

       - against -

EQUIFAX INFORMATION SERVICES,

                Defendant.

-------------------------------------------------------------------x

               23-CV-2820 (CS)

                 **ORDER**

<u>Seibel, J.</u>

       Plaintiff commenced this action on April 4, 2023, and a summons was issued the same day.  More than ninety days have elapsed since the summons was issued, and Plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on Defendant.

       This action will be dismissed without prejudice unless Plaintiff, no later than June 19, 2024, either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted.  *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated: May 20, 2024
      White Plains, New York

                              _____
                               CATHY SEIBEL, U.S.D.J.